

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00525-CV

**IN THE INTEREST OF F.A.M., JR.,** a Child

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA01301
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order of termination is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because she qualifies as indigent under Texas Rule of Appellate Procedure 20.

SIGNED June 9, 2021.

_____
Beth Watkins, Justice